23165. WALKER *v.* THE STATE.

MacINTYRE, J. This case is controlled by the decision in *Arrington* v. *State*, 48 *Ga. App.* 64, 70 (171 S. E. 874, 878).

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*